# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED RANDEL, | NO. CV 11-9010 FMO |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the court's Case Management Order, filed on June 12, 2012 ("Court's Order of June 12, 2012"), plaintiff's Motion for Summary Judgment ("Motion") was due on July 13, 2012. It appears from the record that plaintiff's Motion has not been filed as required by the Court's Order of June 12, 2012.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **August 1, 2012**, plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to prosecute this action and/or to comply with the Court's Order of June 12, 2012. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.**[1] **In particular, plaintiff's declaration must address why the Motion for Summary**

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

**Judgment has not been filed, even though it was due five days ago. Failure timely to file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute and/or to comply with a court order.**

      **Filing of the Motion for Summary Judgment shall be a satisfactory response to the Order to Show Cause. However, absent exceptional circumstances, no extensions will be granted for the filing of the Motion for Summary Judgment.**

      **IT IS SO ORDERED.**

Dated this 18th day of July, 2012.

                                                  /s/
                                       Fernando M. Olguin
                                  United States Magistrate Judge